JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GOODALE, <br> Plaintiff, <br> v. <br> OBAMA ADMINISTRATION, <br> Defendants. | Case No. EDCV 18-01440-CAS (SHK) <br><br> **JUDGMENT** |

Pursuant to the Order Denying Plaintiff's Request to Proceed In Forma Pauperis,

IT IS ORDERED AND ADJUDGED that this action is dismissed with prejudice.

Dated: July 11, 2018

*Christina A. Snyder*

HONORABLE CHRISTINA A. SNYDER
United States District Judge